# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| VALENCIA GARNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV416-195 |
| | ) | |
| UNITED STATES ATTORNEY, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Proceeding *pro se*, Valencia Garner brings this action seeking to "press charges both civil and criminal" against a host of governmental and private defendants, none of whom reside in this district.[1]  Doc. 1 at 19, 29.  Her claims arise from events that occurred in Fulton County, Georgia, which lies outside this Court's jurisdiction.

Accordingly, the proper forum for this case is the United States District Court for the Northern District of Georgia.  28 U.S.C. § 1391(b)

---

[1]  Her complaint, which is largely gibberish, names as defendants: "Government Agency" Marta/Breeze Transportation and its employees, a bus operator for Lindbergh "Transtation," "contracted killer" Dewan Michael Smith, "adjuster" Sylvia Chris, Attorney General Loretta Lynch, various "Government Agency and Unknown Agents of Federal Bureau of Police and Federal Bureau of Investigations," "W. Crane," and Officers L. Green, C. Wingfield, V. Barnes, W. Barnes, C. Mock. Doc. 1 at 11-13.  Garner lists Atlanta area addresses for all defendants except for Attorney General Loretta Lynch. *Id.*

(venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); 28 U.S.C. § 90. The Clerk is **DIRECTED** to transfer this case to the Northern District for all further proceedings.

Given the sheer number of frivolous *Garner* cases listed on PACER, the Northern District may want to take measures to protect the federal courts from further abuse by this out-of-control litigant. *See, e.g., Smith v. Chatham County District Office*, 2016 WL 1128226 at *1 (S.D. Ga. Mar. 21, 2016).

**SO ORDERED**, this  15th  day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA